In the Matter of the Accounting of FIFTH AVENUE BANK OF NEW YORK, as Trustee under the Will of WILLIAM H. McINTYRE, Deceased, Respondent; ALEXANDER McINTYRE et al., Appellants; CONTINENTAL LODGE No. 287 F. & A. M., Respondent.

Submitted October 20, 1939; decided November 14, 1939.

*Edwin M. Bourke* and *E. Lyndsey Bourke* for appellants.
*Stephen B. Vreeland* and *Philip G. Fitz* for Continental Lodge No. 287 F. & A. M., respondent.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* of counsel), respondent.

Appeal dismissed, with costs, on ground order is not final. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.